972 F.2d 343w
 38 Cont.Cas.Fed. (CCH) P 76,393
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Thomas D. MCAUSLAND, Defendant-Appellant,
The Washington Post; American Society of Newspaper Editors;
The Newsletter Publishers Association, Incorporated; The
Radio-Television News Directors Association; The Reporters
Committee for Freedom of the Press; American Civil
Liberties Union; The Newspaper Guild; The Electronic
Industries Association; Washington Legal Foundation, Amici Curiae.
United States of America, Plaintiff-Appellee,
v.
Christopher M. Pafort, Defendant-Appellant,
The Washington Post; American Society of Newspaper Editors;
The Newsletter Publishers Association, Incorporated; The
Radio-Television News Directors Association; The Reporters
Committee for Freedom of the Press; American Civil
Liberties Union; The Newspaper Guild; The Electronic
Industries Association; Washington Legal Foundation, Amici Curiae.
 Nos. 91-5874, 91-5875.
 United States Court of Appeals,
Fourth Circuit.
 Argued: May 5, 1992
Decided: August 14, 1992
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION